# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Dashon Hines**
    Plaintiff(s)
vs.                         **CASE NUMBER: 1:21-cv-626 (ATB)**

**New York Office of Temporary and Disability Assistance Staff**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Report & Recommendation is accepted and adopted; plaintiff's complaint is DISMISSED.

All of the above pursuant to the order of the Honorable David N. Hurd, dated the 24th day of June, 2021.

DATED: June 25, 2021

*John Domurad*
Clerk of Court

                                        s/Kathy Rogers
                                        Deputy Clerk